IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## **AFFIDAVIT**

I, Diane M. Wehner, Special Agent, Federal Bureau of Investigation, United States Department of Justice, being duly sworn, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2006. I began my career with the FBI in the New York Division. I am currently assigned to investigate White Collar crime, specifically Public Corruption, in the Charlotte metropolitan area. I previously served as a Supervisory Special Agent in the Money Laundering, Forfeiture and Bank Fraud Unit at FBI Headquarters from May 2018 until December 2020;

2. That the information contained in this Affidavit is based on your Affiant's personal participation in this investigation and from information provided to your Affiant by other law enforcement officers. This Affidavit is submitted for the limited purpose of presenting facts to support a probable cause finding for the issuance of a criminal complaint against Raul Uriel SANTIAGO MARTINEZ ("SANTIAGO MARTINEZ") aka Raul Uriel Santiago. Your Affiant has not included each and every fact known to her concerning this investigation and she has set forth only those facts necessary for said purpose;

3. That sufficient facts exist to support a probable cause finding that SANTIAGO MARTINEZ has violated Title 8, United States Code, Section 1326(a) (illegal reentry into the United States by a deported alien);

4. That, on September 2, 2025, your Affiant encountered SANTIAGO MARTINEZ in Union County, North Carolina, within the Western District of North Carolina. Your affiant had previously been advised by Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE/ERO") that SANTIAGO MARTINEZ was an alien unlawfully present in the United States; SANTIAGO MARTINEZ was transported to ICE/ERO where he was fingerprinted and photographed. Fingerprints revealed SANTIAGO MARTINEZ is the subject of FBI number 429675VD6 and State Identification Number NC1665988A and A-file number 205-861-453.

5. That your Affiant has conducted criminal justice inquiries and reviewed the Immigration A-file 205-861-453 relating to SANTIAGO MARTINEZ, and discovered that:

    a. his name is Raul Uriel SANTIAGO MARTINEZ;

    b. he also goes by Raul Uriel Santiago;

    c. he is a native and citizen of Mexico by virtue of birth in Oaxaca, Mexico on August 17, 1987;

d. he was assigned FBI number 429675VD6 and State Identification Number NC1665988A;

   e. That, on April 25, 2013, SANTIAGO MARTINEZ was arrested by the North Carolina State Highway Patrol, for Driving While Impaired and was transported to the Union County Jail;

   f. That, on April 26, 2013, SANTIAGO MARTINEZ was encountered by ICE/ERO Charlotte at the Union County Jail pursuant to his arrest;

   g. That, on July 16, 2013, SANTIAGO MARTINEZ was convicted in Union County, North Carolina, District Court - Monroe for Driving While Impaired – Level 5, and sentenced to 30 days of confinement (Union County District Court Docket 2013cr051821);

   h. That, on October 28, 2014, an order of removal was entered against SANTIAGO MARTINEZ;

   i. On January 24, 2017, ICE/ERO (Charlotte) administratively arrested SANTIAGO MARTINEZ in Monroe, North Carolina pursuant to the outstanding order of removal;

   j. On March 3, 2017, agency form I-205 (Warrant of Removal/ Deportation) was executed and included SANTIGO MARTINEZ' photograph, fingerprint, and signature. The Warrant of Removal furthermore indicates that SANTIAGO MARTINEZ was removed from the United States to Mexico, on foot, at Brownsville, Texas, and he was advised prior to removal that it is a crime after removal from the United States to enter, attempt to enter, or be found in the United States without the express consent of the Secretary of Homeland Security.

6. That, on September 3, 2025, ICE Deportation Officer E. North conducted a record checks of immigration indices and was unable to locate any record that SANTIAGO MARTINEZ was granted permission by the Attorney General of the United States or the Secretary of the Department of Homeland Security to apply for admission to the United States after deportation/removal.

Based on the above information, your Affiant respectfully requests the issuance of a criminal complaint against Raul Uriel SANTIAGO MARTINEZ for violation of Title 8, United States Code, Section 1326(a) (illegal reentry into the United States by a deported alien).

_____
Diane M. Wehner, Special Agent
Federal Bureau of Investigation

*AUSA Dana O. Washington has reviewed this Affidavit.*

Sworn to and subscribed before me this 5th day of September 2025,

_____
Honorable David C. Keesler
United States Magistrate Judge